```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14042
    EDDIE L MCNEIL SR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9717


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/04/2007 and was confirmed 10/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 07/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE        MORTGAGE ARRE     3651.54            .00         3651.54
OCWEN FEDERAL BANK         CURRENT MORTG         .00            .00             .00
OCWEN FEDERAL BANK         MORTGAGE ARRE     4407.10            .00         4407.10
COOK COUNTY TREASURER      SECURED               .00            .00             .00
CHASE AUTOMOTIVE FINANCE   UNSEC W/INTER  NOT FILED             .00             .00
TRIBUTE                    UNSEC W/INTER  NOT FILED             .00             .00
ASPEN                      UNSEC W/INTER  NOT FILED             .00             .00
GFG LOAN CO                UNSECURED            .00             .00             .00
OCWEN LOAN SERVICING       NOTICE ONLY   NOT FILED              .00             .00
PREMIER BANCARD CHARTER    UNSEC W/INTER      420.92          12.52          420.92
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER      308.00           7.14          308.00
RONALD B LORSCH            DEBTOR ATTY      2,604.00                        2,604.00
TOM VAUGHN                 TRUSTEE                                            864.10
DEBTOR REFUND              REFUND                                           1,337.18

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             13,612.50

PRIORITY                                           .00
SECURED                                       8,058.64
UNSECURED                                       728.92
    INTEREST                                     19.66
ADMINISTRATIVE                                2,604.00
TRUSTEE COMPENSATION                            864.10
DEBTOR REFUND                                 1,337.18
                    --------------         --------------
TOTALS              13,612.50                13,612.50


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14042 EDDIE L MCNEIL SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/29/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |